# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,  | CASE NO. 1:10-cv-01811-AWI-DLB PC |
| Plaintiff, | ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE |
| v. | |
| JENNINGS, et al., | (DOC. 49) |
| Defendants. | |

Plaintiff Samuel Kenneth Porter ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 6, 2012, Defendants filed a request to conduct Plaintiff's deposition via video conference. *See* Fed. R. Civ. P. 30(b)(4). Defendant contends that Plaintiff is incarcerated at Calipatria State Prison in Calipatria, California, and a deposition via video conference would save on unnecessary travel expenses and is in the interest of judicial economy. Defendants' counsel is in Sacramento, California.

The Court finds Defendant's request reasonable. Accordingly, it is HEREBY ORDERED that Defendant's request to conduct Plaintiff's deposition via video conference is GRANTED.

IT IS SO ORDERED.

Dated:   **April 24, 2012**           /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE