1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7  SAMUEL KENNETH PORTER,                    CASE NO. 1:10-cv-01811-AWI-DLB PC

8              Plaintiff,                    ORDER GRANTING REQUEST TO
                                             CONDUCT DEPOSITION VIA VIDEO
9      v.                                    CONFERENCE

10 JENNINGS, et al.,                         (DOC. 49)

11              Defendants.
   _____/

12

13         Plaintiff Samuel Kenneth Porter ("Plaintiff") is a California state prisoner proceeding pro

14 se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 6,

15 2012, Defendants filed a request to conduct Plaintiff's deposition via video conference.  *See* Fed.

16 R. Civ. P. 30(b)(4).  Defendant contends that Plaintiff is incarcerated at Calipatria State Prison in

17 Calipatria, California, and a deposition via video conference would save on unnecessary travel

18 expenses and is in the interest of judicial economy.  Defendants' counsel is in Sacramento,

19 California.

20         The Court finds Defendant's request reasonable.  Accordingly, it is HEREBY ORDERED

21 that Defendant's request to conduct Plaintiff's deposition via video conference is GRANTED.

22         IT IS SO ORDERED.

23    **Dated:   April 24, 2012**            _____/s/ **Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28