# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNINGS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01811-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING MOTIONS<br><br>(DOCUMENTS #18, #28, #29, & #34) |

　　　　Plaintiff Samuel Kenneth Porter ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2011, October 7, 2011, and November 4, 2011, Plaintiff filed motions construed as motions for preliminary injunction. Docs. 18, 28, 29. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 20, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 34. Plaintiff filed an Objection to the Findings and Recommendations on January 24, 2012. Doc. 38.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed December 20, 2011, is adopted in full;

1      and

2  2. Plaintiff's motions, filed June 21, 2011, October 7, 2011, and November 4, 2011, are

3      denied.

4  IT IS SO ORDERED.

5  Dated: May 9, 2012

6                                                    CHIEF UNITED STATES DISTRICT JUDGE