# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-01811-AWI-DLB PC<br><br>**ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COST** |

　　　　Plaintiff Samuel Kenneth Porter ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint, filed April 14, 2011, against Defendants Jennings, Lowe, and Darlene Austin for violation of the Eighth Amendment. By separate order, the Court granted Plaintiff's request for the issuance of a subpoena duces tecum and provided notice to the parties that the Court intended to issue the subpoena and direct the United States Marshal to effect personal service. Fed. R. Civ. P. 45; 28 U.S.C. § 1915(d).

　　　　Accordingly, it is HEREBY ORDERED that:

1.　The Clerk of Court shall forward the following documents to the United States Marshals Service:

　　　A.　One (1) completed and issued subpoena duces tecum to be served on:

> **Custodian of Records**
> **Calipatria State Prison**
> **7018 Blair Road**
> **Calipatria, CA 92233**

1

1  The Custodian of Records for California State Prison at Corcoran ("CSP-Cor") is directed to
2  produce the following to Plaintiff within **thirty (30) days** from the date of service of the subpoena:

    (1)    A copy of all supplemental, confidential, or other reports related to crime incident report # CAL-FDP-09-07-0349 and a copy of all audio and videotapes concerning crime incident report # CAL-FDP-09-07-0349, regarding the alleged incident at Corcoran State Prison in 2008.

    B.    One (1) completed USM-285 form; and

    C.    Two (2) copies of this order, one to accompany the subpoena, and one for the United States Marshals Service.

2. Within **twenty (20) days** from the date of this order, the Marshals Service is directed to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is directed to retain a copy of the subpoena in its file for future use.

4. The Marshals Service shall effect personal service of the subpoena duces tecum, along with a copy of this order, upon the entity in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **ten (10) days** after personal service is effected, the Marshals Service shall file the return of service, along with the costs subsequently incurred in effecting service. Said Costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **September 21, 2012**             /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE