# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN JENNINGS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-01811-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS<br><br>ECF Nos. 87, 88 |

Plaintiff Samuel Kenneth Porter ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 27, 2012, June 1, 2012, and July 18, 2012, Plaintiff filed several motions with the Court. ECF Nos. 57, 60, 72. The motions were construed as motions for preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 88. Plaintiff filed an Objection to the Findings and Recommendations on October 1, 2012. ECF No. 94.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 21, 2012, is adopted in full; and

2. Plaintiff's motions, filed April 27, 2012, June 1, 2012, and July 18, 2012, are denied.

IT IS SO ORDERED.

Dated:   November 2, 2012

UNITED STATES DISTRICT JUDGE