# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-01811-AWI-DLB PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>TWENTY DAY DEADLINE |

　　　　Plaintiff Samuel Kenneth Porter ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint against Defendants Jennings and Lowe for failure to protect in violation of the Eighth Amendment.

　　　　Within **twenty (20) days** from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether they would agree to participate in a settlement conference. If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California.

IT IS SO ORDERED.

　　Dated:　**March 25, 2013**　　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1