UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>    Plaintiff<br><br>    v.<br><br>CAPTAIN JENNINGS, et al.,<br><br>    Defendants | OLD CASE NO. 1:10-CV-1811 AWI DLB<br><br>NEW CASE NO. 1:10-CV-1811 DLB<br><br>ORDER REASSINGING MATTER |

On June 25, 2013, Defendants consented to Magistrate Judge jurisdiction. <u>See</u> Doc. No. 140. On December 30, 2013, Plaintiff consented to Magistrate Judge Jurisdiction. <u>See</u> Doc. No. 157.

Accordingly, all parties to this action having voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1. This action is assigned to United States Magistrate Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck;

3. Any future hearing dates set before the undersigned are VACATED and REASSIGNED to the calendar of Magistrate Judge Dennis L. Beck; and

4. The new case number for this matter shall be 1:10-cv-1811 DLB, and the parties shall use case number 1:10-cv-1811 DLB in all further filings.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
SENIOR DISTRICT JUDGE

2