# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER, | Case No. 1:10-cv-01811-AWI-DLB PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION BE DENIED** |
| v. | |
| CAPTAIN JENNINGS, et al., | |
| Defendants. | (ECF Nos. 146, 148, 151) |

Plaintiff Samuel Kenneth Porter ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint against Defendants Jennings and Lowe for failure to protect in violation of the Eighth Amendment. Pending before the Court are: 1) Plaintiff's motion regarding retaliation by library staff and correctional officers, filed November 14, 2013; and 2) Plaintiff's motion for a court order, filed October 21, 2013. (ECF Nos. 146 & 148.) The Court treats these motions as motions for preliminary injunction. On November 21, 2013, the Magistrate Judge issued findings and recommendations recommending to deny the motions for preliminary injunction. (ECF No. 151.) On December 9, 2013, Plaintiff filed objections.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1
2
Accordingly, it is HEREBY ORDERED that the Court adopts the findings and recommendations filed on November 21, 2013, in full.

3
4
IT IS SO ORDERED.

5
Dated:   January 16, 2014                /s/ *signature*
                                            SENIOR DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28