UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNINGS et al.,<br><br>    Defendants. | No. 1:10-cv-01811-DLB<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 5, 2014 AT 8:30 A.M.** |

    Plaintiff Samuel Kenneth Porter, CDC # J-87467, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California, Courtroom 5 on the 7th floor at 8:30 a.m. on Wednesday, March 5, 2014, and from day to day until completion of proceedings as ordered by the Court.

    IT IS SO ORDERED.

Dated: **March 4, 2014**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE

1