# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL KENNETH PORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN JENNINGS, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01811-DLB<br><br>ORDER THAT SAMUEL KENNETH PORTER IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Samuel Kenneth Porter, CDCR # J-87467, attended trial on March 5, 2014. Samuel Kenneth Porter is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. IT IS SO ORDERED.

IT IS SO ORDERED.

    Dated:  **March 5, 2014**                    /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE

1