UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED

MAR 0 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:10-cv-01811-DLB

**CASE NAME:** PORTER v. JENNINGS et al.

Pursuant to Local Rule 138(f), and by stipulation of the parties, the Court orders that custody of all exhibits used, referenced and/or admitted at trial be retained by Defense Counsel **irrespective of who used, reference or admitted the exhibit at trial**.

Defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: March 5, 2014

_____
Dennis L. Beck
United States Magistrate Judge

**DATE EXHIBITS RETURNED:** March 5, 2014

**Pltf Attorney:** _____

**Pltf Attorney Signature:** _____

**DATE EXHIBITS RETURNED:** March 5, 2014

**Deft Attorney:** Timothy H. Delgado

**Deft Attorney Signature:** _____

This document certifies that the above referenced exhibits were returned.

Date: March 5, 2014

_____
**RENEE GAUMNITZ**
Courtroom Clerk