*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
SAMUEL KENNETH PORTER,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:10-cv-01811-DLB

JENNINGS, CORRECTIONAL OFFICER
LOWE, & M. MIX,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants Jennings, Correctional Officer Lowe, and M. Mix and against Plaintiff Samuel Kenneth Porter on all plaintiff's claims, according to the verdicts of trial jury returned in open Court March 5, 2014.


DATED: March 6, 2014                        MARRIANE MATHERLY, Clerk


                                            /s/ RENEE GAUMNITZ
                                       By:  Renee Gaumnitz,
                                            Deputy Clerk